IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FREDERICK D. GREEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 318-040 |
| JAMES BLAIR and LIEUTENANT FOREMAN, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DISMISSES** Plaintiff's official capacity claims for monetary relief and First Amendment retaliation claims against Defendants for failure to state a claim.

SO ORDERED this 16th day of August, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE