IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FREDERICK D. GREEN, )
)
Plaintiff, )
)
v. ) CV 318-040
)
JAMES BLAIR and JAMAL )
FOREMAN, Lieutenant, )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions to set aside default, (doc. nos. 31, 41), and **DENIES** Plaintiff's motion, (doc. no. 38).

Defendants shall have seven days following entry of this Order within which to answer, move, or otherwise plead to Plaintiff's complaint. After the filing of the first answer of a Defendant, the Court will enter a scheduling notice setting case deadlines.

SO ORDERED this 2nd day of April, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE