IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| FREDERICK DWIGHT GREEN, | ) |
| Plaintiff- Appellant, | ) |
| v. | ) CASE NO.   3:18-cv-40 |
| | ) Appeal No. 23-10797-H |
| JAMES BLAIR, | ) |
| Formerly Deputy Warden of Security | ) |
| JAMAL FOREMAN, | ) |
| Lieutenant, | ) |
| Defendants - Appellees. | ) |

ORDER

The appeal in the above-styled action having been dismissed because the appeal is frivolous by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___20___ day of NOVEMBER, 2023.

HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA